**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 2:10cv018**

| | | |
|---|---|---|
| DEBORAH CLOER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to
Strike [Doc. 14], Plaintiff's Response [Doc. 15] and accompanying new
Memorandum [Doc. 16], and Defendant's Reply to Response to Motion to
Strike [Doc. 17].

For the reasons stated in Defendant's Reply the Court concludes that
neither the Plaintiff's Memorandum in support of her Motion for Summary
Judgment [Doc. 13] nor her Amended Memorandum [Doc. 16] are in
compliance with the rules of this Court.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Strike
[Doc. 14] is **ALLOWED** and the Plaintiff's Memorandum in support of her
Motion for Summary Judgment [Doc. 13] and her Amended Memorandum
[Doc. 16] are hereby **STRICKEN**.

**IT IS FURTHER ORDERED** that the Plaintiff is hereby granted seven days, up to and including March 4, 2011, within which to file a Memorandum in support of her Motion for Summary Judgmentin compliance with all aspects of Local Civil Rule 7.1(D) and the undersigned's Standing Order, including but not limited to font size and page limitations.

**IT IS SO ORDERED.**

Signed: February 25, 2011

Martin Reidinger
United States District Judge